1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
GUADALUPE QUINTERO-GARCIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-CR-0065 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| GUADALUPE QUINTERO-GARCIA | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, GAUDALUPE QUINTERO-GARCIA by and through his attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, September 10, 2012 be continued to October 9, 2012 at **10:00 a.m.**, or a date convenient to court and counsel.

   I was my intention to file a sentencing memorandum on behalf of my client, Mr. Qunitero. However, I recently returned from military training in Stuttgart, Germany and was unable to prepare said pleading.

1     The defendant is willing to continue excluding time through the next court appearance in
2 that the ends of justice in the exclusion outweigh defendant's speedy trial rights.
3     Based upon the foregoing, I respectfully request that this matter be continued to
4 October 9, 2012.

6 Dated: September 6, 2012                  /s/ David A. Torres
                                                                    DAVID A. TORRES
7                                                                     Attorney for Defendant
                                                                    GUADALUPE QUINTERO-GARCIA
8

9
Dated: September 6, 2012                  /s/Kathleen Servatius
10                                                                    KATHLEEN SERVATIUS
                                                                   Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial. Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   September 6, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE