**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
GUADALUPE QUINTERO-GARCIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GUADALUPE QUINTERO-GARCIA<br><br>　　　　　Defendant, | Case No.: 10-CR-0065 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, GAUDALUPE QUINTERO-GARCIA by and through his attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Tuesday, November 13, 2012 be continued to November 26, 2012 at 10:00 a.m., or a date convenient to court and counsel.

　　My client is scheduled for a debriefing today, November 7, 2012. Based upon the results of that meeting it is my intention to file an additional memorandum with regard to sentencing

　　The defendant is willing to continue excluding time through the next court appearance in

that the ends of justice in the exclusion outweigh defendant's speedy trial rights.

Based upon the foregoing, I respectfully request that this matter be continued to November 26, 2012.

Dated: November 7, 2012          /s/ David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant
                                 GUADALUPE QUINTERO-GARCIA


Dated: November 7, 2012          /s/Kathleen Servatius
                                 KATHLEEN SERVATIUS
                                 Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial. Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   November 7, 2012

_____
UNITED STATES DISTRICT JUDGE